

# NUMBER 13-20-00448-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ROLAND VANCE JACKSON,**                                                            **Appellant,**

**v.**

**KARL EASLEY,**                                                                          **Appellee.**

---

## On appeal from the County Court at Law No. 1
## of Ellis County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Silva**
**Memorandum Opinion by Justice Silva**

On October 5, 2020, appellant filed a notice of appeal.[1] On November 3, 2020, the clerk of the court notified appellant the notice of appeal was defective and instructed him to file an amended notice of appeal with the county clerk within 30 days from the date

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

of the notice. The notice also instructed the parties to file a docketing statement within 15 days. On January 8, 2021, the clerk of the court notified the appellant, for the second time, the notice of appeal was defective. The notice instructed appellant that if, after ten days, the defect remained uncured, the appeal shall be dismissed. To date, we have received no response and no other filings from appellant.

Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

CLARISSA SILVA
Justice

Delivered and filed on the
1st day of April, 2021.